**No. 09-7761. Laurie Marie Laskey, Petitioner v. Vision Infosoft.**

559 U.S. 998, 130 S. Ct. 1756, 176 L. Ed. 2d 224, 2010 U.S. LEXIS 2313.

March 8, 2010. Petition for rehearing denied.

Former decision, 558 U.S. 1155, 130 S. Ct. 1156, 175 L. Ed. 2d 985, 2010 U.S. LEXIS 680.

**No. 09-864 (R46-010). KBR Technical Services Inc., et al., Petitioners v. Jamie Leigh Jones.**

559 U.S. 998, 130 S. Ct. 1756, 176 L. Ed. 2d 224, 2010 U.S. LEXIS 2340.

March 11, 2010. The petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit in the above-entitled case was dismissed today pursuant to this Court's Rule 46.1.

Same case below, 583 F.3d 228.

**No. 09-686 (R46-011). Charles L. Ryan, Director, Arizona Department of Corrections, Petitioner v. Viva Leroy Nash.**

559 U.S. 999, 130 S. Ct. 1757, 176 L. Ed. 2d 224, 2010 U.S. LEXIS 2342.

March 15, 2010. The petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit in the above-entitled case was dismissed today pursuant to this Court's Rule 46.

Same case below, 581 F.3d 1048.

**No. 09-9456 (09A821). Lawrence Reynolds, Petitioner v. Ted Strickland, Governor of Ohio, et al.**

559 U.S. 999, 130 S. Ct. 1757, 176 L. Ed. 2d 224, 2010 U.S. LEXIS 2341.

March 15, 2010. Application for stay of execution of sentence of death, presented to Justice Stevens, and by him referred to the Court, denied. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 598 F.3d 300.

**No. 08-1191. Robert Morrison, et al., Petitioners v. National Australia Bank Ltd., et al.**

559 U.S. 999, 130 S. Ct. 2060, 176 L. Ed. 2d 224, 2010 U.S. LEXIS 2344.

March 19, 2010. Motion of the Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted. Justice Sotomayor took no part in the consideration or decision of this motion.

**No. 08-6261. John Robertson, Petitioner v. United States ex rel. Wykenna Watson.**

559 U.S. 999, 130 S. Ct. 2060, 176 L. Ed. 2d 224, 2010 U.S. LEXIS 2343.

March 19, 2010. Motion of the Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted, and the time is to be divided as follows: 30 minutes for the petitioner, 10 minutes for the Solicitor General, and 30 minutes for the respondent.